**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| SUSANA GABRIELA PEREZ MARTINEZ #A221-107-389 | CIVIL ACTION NO. 26-1827 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTH LOUISIANA I C E PROCESSING CENTER | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner Susana Gabriela Perez Martinez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of November 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE